In the Matter of the Petition of ULRICA GARGIULO to Render and Settle Her Account as Administratrix with the Will Annexed and as Substituted Trustee under the Last Will and Testament of RAFFAELE GARGIULO, Deceased. SILVIO GARGIULO and Others, Appellants; ULRICA GARGIULO, as Administratrix, etc., Respondent.— Motion to dismiss appeal denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.